**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| **Alan Giuroiu,** | Bankruptcy No. 23-12616 |
| Debtor. | Hon. Timothy A. Barnes |

### NOTICE OF MOTION

**Please take notice** that on **Wednesday, March 27, 2024, at 9:00 A.M.,** or as soon thereafter as counsel may be heard, the undersigned attorneys shall appear before the Honorable Timothy A. Barnes, United States Bankruptcy Judge for the Northern District of Illinois, or any judge sitting in his place and stead, **either** in courtroom 744 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, **or** electronically as described below, and shall then and there present the **Trustee's Motion to Authorize Rule 2004 Examination of Examinees,** a copy of which is attached hereto and herewith served upon you.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID.

**Meeting ID and password.** The meeting ID for this hearing is 161 329 5276 and the password is 433658. The meeting ID, password, and other information can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

| | |
|---|---|
| Dated: March 20, 2024 | **Deborah K. Ebner**, not individually but as the chapter 7 trustee of the bankruptcy estate of Alan Giuroiu |
| | By: */s/ Ariane Holtschlag* <br> One of Her Attorneys |

William J. Factor (6205675)
Ariane Holtschlag (6294327)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:     (312) 878-4830
Fax:     (847) 574-8233
Email:  aholtschlag@wfactorlaw.com

4888-0752-3759, v. 2

          Document       Page 3 of 6

## CERTIFICATE OF SERVICE

      I, Ariane Holtschlag, an attorney, hereby certify that on March 20, 2024, pursuant to Section II.B.4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed.R.Civ.P. 5(a), I caused a copy of the foregoing *Notice of Motion* and the accompanying *Motion* to be served on the parties listed below by electronic notice where indicated by the presence of an electronic address or by first class mail where indicated by the presence of a postal address.

<i><u>/s/ Ariane Holtschlag</u></i>

## SERVICE LIST

**Registrants**
(Service via ECF)

| | |
|---|---|
| **David Freydin** | david.freydin@freydinlaw.com; vincent@freydinlaw.com |
| **Ariane Holtschlag** | aholtschlag@wfactorlaw.com; bsass@wfactorlaw.com; aholtschlag@ecf.courtdrive.com; holtschlagar43923@notify.bestcase.com |
| **Deborah Kanner Ebner** | dkebner@debnertrustee.com; dke@trustesolutions.net; IL53@ecfcbis.com; webmaster@debnertrustee.com; lizd@deborahebnerlaw.com |
| **Patrick S Layng** | USTPRegion11.ES.ECF@usdoj.gov |

**Non-Registrants**
(Service via U.S. Mail, Certified Mail, and/or Electronic Mail)

| | |
|---|---|
| **Alan Giuroiu**<br>4542 N Sayre Ave, Unit 2B<br>Harwood Heights, IL 60706<br>*Via U.S. Mail* | **Demitius Mann**<br>125 Meadowbrook Lane<br>Lake Zurich, IL 60047<br>*Via U.S. Mail* |
| **JPMorgan Chase Bank, N.A.**<br>Attn: Jamie Dimon, CEO<br>1111 Polaris Pkwy<br>Columbus, OH 43240<br>*Via Certified Mail* | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **Alan Giuroiu,** | Bankruptcy No. 23-12616 |
| Debtor. | Hon. Timothy A. Barnes |

## TRUSTEE'S MOTION TO AUTHORIZE RULE 2004 EXAMINATION OF EXAMINEES

Deborah K. Ebner, not individually but as the chapter 7 trustee (the "***Trustee***") of the bankruptcy estate of Alan Giuroiu (the "***Debtor***") respectfully requests an order from this Court authorizing the Trustee to conduct a Rule 2004 examination of Demitius Mann ("***Mann***") and JPMorgan Chase Bank, N.A. ("***Chase***", together with Mann, the "***Examinees***") pursuant to Fed. R. Bankr. P. ("***Bankruptcy Rule***") 2004. In support of this motion the Trustee states as follows:

### JURISDICTION

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334, and Local Rule 40.3.1(a) of the United States District Court for the Northern District of Illinois.

2. Venue of the above-captioned case (the "***Case***") and of this Application is proper in this Judicial District pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(1) and (b)(2)(A) and (O).

### BACKGROUND

3. On September 22, 2023 (the "***Petition Date***"), the Debtor filed a voluntary petition for relief under chapter 7 of title 11, United States Code (the "***Bankruptcy Code***"), thereby initiating the Case.

4. Deborah K. Ebner was thereafter appointed as the interim trustee in the Case pursuant 11 U.S.C. § 701 and now serves as the permanent trustee in the Case. The Trustee is duly qualified and has all the powers of a trustee under, among other provisions, 11 U.S.C. § 704.

5. The Trustee is investigating the assets and financial affairs of the Debtor. Specifically, prior to the filing of this Case, it appears the Debtor would raise money from 'investors' (primarily friends, family members, and church members) and then Demitius Mann would use those funds to purchase artwork for sale on Ebay. It appears this arrangement effectively left the Debtor with the obligations and Demitius Mann with the artwork and income.

6. Accordingly, the Trustee now requests authority to take a 2004 examination of Demitius Mann and the Debtor's banking institution, Chase.

## DISCUSSION

7. Under Bankruptcy Rule 2004, the Trustee is entitled to examine the Debtor(s) and other parties concerning the acts, conduct, property, liabilities and financial condition of the Debtor(s) or any matter which may affect the administration of the Estate. Upon entry of an order authorizing an examination pursuant to Rule 2004, the production of documents and attendance of witnesses for examination may be compelled by subpoena as provided in Bankruptcy Rule 9016. Fed. R. Bankr. P. 2004(c).

8. It is generally recognized that "[t]he scope of inquiry under Bankruptcy Rule 2004 is very broad. Great latitude of inquiry is ordinarily permitted." *In re Handy Andy Home Improvement Centers, Inc.*, 199 B.R. 376, 379 (Bankr. N.D. Ill. 1996). Because "the primary purpose of a Rule 2004 examination is to permit the trustee to quickly ascertain the extent and location of the estate's assets," courts recognize that Rule 2004 allows

for a "fishing expedition" of the creditors and other parties that had dealings with the debtor without the limits placed upon an examination under the Federal Rules of Civil Procedure. *Id*. at 380. See also *Pontikes v. SIP Claimants* (In re Comdisco, Inc.), No. 06 C 1535, 2006 WL 2375458, at *6 (N.D. Ill. Aug. 14, 2006); *In re Wilcher*, 56 B.R. 428, 433 (Bankr. N.D. Ill. 1985).

9.  Under the plain language of Bankruptcy Rule 2004, the Trustee is entitled to conduct a Rule 2004 examination of the Examinees, including requesting the production of documents and taking oral examinations, in order to obtain the information and documents needed for an effective administration of this Estate.

**WHEREFORE**, the Trustee requests that the Court enter an order authorizing the Trustee to conduct a 2004 examination of the Examinees and granting the Trustee such other and further relief as is just and proper.

| | |
|---|---|
| Dated: March 20, 2024 | **Deborah K. Ebner**, not individually but as the chapter 7 trustee of the bankruptcy estate of Alan Giuroiu |
| | By: */s/ Ariane Holtschlag*<br>One of Her Attorneys |

William J. Factor (6205675)
Ariane Holtschlag (6294327)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:    (312) 878-4830
Fax:    (847) 574-8233
Email:  aholtschlag@wfactorlaw.com

4888-0752-3759, v. 2